1  CROWELL & MORING LLP
   Kevin C. Mayer (CSB No. 118177)
2  Email: kmayer@crowell.com
   275 Battery Street, 23rd Floor
3  San Francisco, CA  94111
   Telephone:    415.986.2800
4  Facsimile:    415.628.5116

5  Andrew D. Kaplan (*Pro hac vice* application to be filed)
   E-mail: akaplan@crowell.com
6  Rebecca B. Chaney (*Pro hac vice* application to be filed)
   E-mail: rchaney@crowell.com
7  1001 Pennsylvania Avenue, NW
   Washington, D.C.  20004
8  Telephone:    202.624.2500
   Facsimile:    202.628.5116

9
   *Attorneys for Defendant Cordis Corporation*
10
                   UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                   SAN FRANCISCO DIVISION
13

14 | WALTER HERBERT, et al.,              | Case No. 3:16-cv-03085-JST
15 |              Plaintiffs,             | [PROPOSED] ORDER GRANTING
   |                                      | STIPULATED MOTION FOR
16 |     v.                               | EXTENSION OF TIME
17 | CORDIS CORPORATION, et al.,          |
18 |              Defendants.             |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING STIPULATION
TO EXTEND TIME FOR CORDIS' REPLY;
CASE NO. 3:16-CV-03085-JST

1  On GOOD CAUSE SHOWN, the parties' joint stipulation to extend time for defendant
2  Cordis Corporation to file its reply brief in support of its Motion to Dismiss is GRANTED.
3  Cordis Corporation shall file its reply brief on or before July 8, 2016.
4  IT IS SO ORDERED.

6  Dated: July 5, 2016

Honorable Jon S. Tigar
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING STIPULATION
TO EXTEND TIME FOR CORDIS' REPLY;
CASE NO. 3:16-CV-03085-JST