UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER QUINN, et al.,

          Plaintiffs,

    v.

CORDIS CORPORATION,

          Defendant.

Case No.  16-cv-03080-WHO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Re: Dkt. No. 29

      Pursuant to Civil Local Rule 3-12(c), this case and following cases are hereby REFERRED to the Honorable Susan Illston for consideration whether the cases are related to *Dunson, et al. v. Cordis Corp., et al.*, 3:16-cv-03076-SI:

     *Resovsky v. Cordis Corp., et al.*, 3:16-cv-03082-EMC

     *Grant, et al. v. Cordis Corp., et al.*, 3:16-cv-03083-HSG

     *Herbert, et al. v. Cordis Corp., et al.*, 3:16-cv-03085-JST

     *Holden, et al. v. Cordis Corp., et al.*, 3:16-cv-03087-TEH

     *Oehring, et al. v. Cordis Corp., et al.*, 4:16-cv-03088-JSW

     *Barber, et al. v. Cordis Corp., et al.*, 3:16-cv-03086-JD

     *Sutton, et al. v. Cordis Corp., et al.*, 3:16-cv-04012-VC

**IT IS SO ORDERED.**

Dated: July 27, 2016

                            _____

                            WILLIAM H. ORRICK
                            United States District Judge

United States District Court
Northern District of California